UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIANNIS ANTETOKOUNMPO,

                Plaintiff,

– against –

JORDAN ZANGRILLO,

                Defendant.

**ORDER**

21 Civ. 5092 (ER)

Ramos, D.J.:

    On June 9, 2021, Giannis Antetokounmpo brought this action for violation of the Lanham Act and related claims against various defendants.  Doc. 1.  Antetokounmpo has since voluntarily dismissed his claims against all defendants but Jordan Zangrillo.  Docs. 18-21, 24-25, 29-30, 33-34.  Zangrillo was served on June 19, 2021 but has not appeared in this action.  Doc. 23.  On July 15, 2021, Antetokounmpo requested a certificate of default as to Zangrillo, which the Clerk of Court issued that same day.  Docs. 26-28.  To date, Antetokounmpo has not moved the Court for a default judgment in accordance with the Court's individual rules.

    Antetokounmpo is therefore directed to move for default or submit a status report by November 29, 2021.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:   November 15, 2021
             New York, New York

                                                Edgardo Ramos, U.S.D.J.